UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

-vs-                           :       No. 3: CR-17- 277

MICHAEL CARABALLO,             :
   and
VICTOR LOPEZ,                  :
       Defendants

INDICTMENT

FILED
SCRANTON

THE GRAND JURY CHARGES:

SEP 19 2017

PER _____
    DEPUTY CLERK

COUNT 1

(Assault with a Dangerous Weapon)

On or about February 6, 2017, within the Middle District of Pennsylvania, the Defendants,

MICHAEL CARABALLO
and
VICTOR LOPEZ,

at a place within the territorial jurisdiction of the United States, namely, the United States Penitentiary at Cannan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, aiding and abetting each other, and aided and abetted by each other, did knowingly and intentionally assault another inmate,

P.R., with a dangerous weapon, to wit: a sharp piece of metal commonly known as a "shank," with intent to do bodily harm and without justification or excuse.

In violation of Title 18, United States Code, Sections 7(3), 113 (a)(3) and 2.

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
(Possessing Contraband in Prison)

On or about February 6, 2017, at the United States Penitentiary at Canaan, Pennsylvania, within the Middle District of Pennsylvania, and within the jurisdiction of this Court, the Defendant,

### MICHAEL CARABALLO,

an inmate of the United States Penitentiary at Canaan, Pennsylvania, knowingly possessed a prohibited object, that is, a sharp weapon commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2).

A TRUE BILL:

__9/19/17__
DATE

By: [signature]

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

ROBERT J. O'HARA
ASSISTANT U.S. ATTORNEY